IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| Evtor Shipping Inc., for itself and as claimant to the M/V SILVER RAY (IMO 9493133), *in rem*, <br><br> Plaintiff, <br><br> v. <br><br> Brunswick Corp., and Correnti S.R.L., and Large Concept SARL <br><br> Defendants. | Civil Action No.: <br> 2:25-cv-12410-RMG <br><br> ***PRO HAC VICE* APPLICATION** |

(1)  Name.     John  Stephen  Simms
                First  Middle   Last

(2)  Residence. I reside in the following state: Maryland
     If a South Carolina resident, indicate months/years of residence: n/a

(3)  Business Address. I am an attorney and practice law under the name of or as a member of the following firm:

   Firm name: Simms Showers LLP
   Mailing address: 201 International Circle, Suite 230
                    Baltimore, Maryland 21030
   Telephone number: 443-290-8704
   Facsimile number: 410-510-1789
   E-mail address: jssimms@simmsshowers.com
   (Application will not be considered without an e-mail address to receive electronic notification.)

(4)  Jurisdiction of this Court. I, by execution of this Application and Affidavit, consent and agree to comply with the applicable statutes, laws, and rules of the State of South Carolina, with all applicable federal statutes, laws, and rules, including Local Rules of the United States District Court for the District of South Carolina (particularly, Local Civil Rule 83.I.08 and/or Local Criminal Rule 57.I.08). I consent to the jurisdiction of the United States District Court for the District of South Carolina in all matters of attorney conduct.

(5)      Regular Practice of Law. I am a member in good standing of the bar of the highest court of the State of Maryland where I regularly practice law. **Attached is my certificate of good standing.**

(6)      Additional Bar Membership. I have been admitted to practice before the following courts:

| Court | Date | Address |
|---|---|---|
| U.S. Supreme Court | 10/21/02 | Clerk, 1 First St NE, Washington, DC 20543 |
| U.S. Court of Federal Claims | 11/22/06 | Clerk, 717 Madison Pl NW, Washington, DC 20439 |
| U.S. Court of International Trade | 01/19/84 | Clerk, 1 Federal Plaza, New York, NY 10278-0001 |
| U.S. District Court - District of Columbia | 09/14/92 | Clerk, 333 Constitution Ave NW #4400, Washington, DC |
| U.S. District Court - Maryland | 08/16/85 | Clerk, 101 W. Lombard Street, Baltimore, Maryland 21201 |
| U.S. District Court - Northern Illinois | 12/21/83 | Clerk, 219 S Dearborn St, Chicago, IL 60604 |
| U.S. Court of Appeals - 3rd Circuit | 10/02/85 | Clerk, James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, PA 19106 |
| U.S. Court of Appeals - 4th Circuit | 10/18/85 | Clerk, Lewis F. Powell Jr. Courthouse & Annex, 1100 East Main Street, Suite 501, Richmond, VA 23219 |
| U.S. Court of Appeals - 5th Circuit | 07/18/02 | Clerk, 600 S. Maestri Place, New Orleans, LA 70130 |
| U.S. Court of Appeals - 7th Circuit | 12/30/83 | Clerk, Room 2722, 219 S. Dearborn Street, Chicago, IL 60604 |
| U.S. Court of Appeals - 9th Circuit | 11/30/05 | Clerk, 95 7th Street, San Francisco, CA 94103 |
| U.S. Court of Appeals - 11th Circuit | 05/14/18 | Clerk, Court of Appeals Administrative Offices, 56 Forsythe St., N.W, Atlanta, GA 30303 |
| D.C. Court of Appeals | 09/18/84 | Clerk, 430 E St NW, Washington, DC 20001 |
| US Court of Appeals - DC Circuit | 2/15/2012 | Clerk, 333 Constitution Avenue, NW, Washington, DC 20001 |
| Illinois Supreme Court (inactive) | 11/09/83 | Clerk, Supreme Court Building, 200 East Capitol, Springfield, Illinois 62701-1721 |
| Maryland Court of Appeals | 12/20/85 | Clerk, 361 Rowe Blvd, Annapolis, MD 21401 |

(List all of the courts Applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other states or the District of Columbia.)

By signing this Affidavit, I certify that I am a member in good standing of each of the listed bars unless otherwise noted.

(7) Pending Disciplinary Matters. Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  **X No**
(If "yes," give particulars, such as jurisdiction, court, date, grounds. Information to comply with this paragraph may be provided *in camera* but that fact shall be revealed below.)

_____
_____

(8) Curtailment of Prior *Pro Hac Vice* Admissions. Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked?
☐ Yes  **X No**
(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)

_____
_____

(9) Sanctions. Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction?
☐ Yes  **X No**
(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)

_____
_____

(10) Criminal Sanctions. Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States?
☐ Yes  **X No**
(If "yes," give particulars, such as date, court, judge, circumstances, and ultimate disposition.)

_____
_____

(11) Present and Previous *Pro Hac Vice* in this Court. Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of South Carolina or another court in the state of South Carolina?
☐ Yes  **X No**
(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.) Attach additional pages if necessary.

_____
_____

(12) Designated Local Counsel. Local counsel of record associated with Applicant in this case is:

Julius Hines, SC Bar No. 5807
Ryan Gilsenan, Fed ID. 9837
Edward N. Smith, SC Bar No. 13429
Hines & Gilsenan, LLC
1535 Hobby Street, Suite 203D
Charleston Navy Yard
North Charleston, South Carolina 29405
T: 843-847-8003
E: *gilsenan@hinesandgilsenan.com*
E:*hines@hinesandgilsenan.com*
E: *smith@hinesandgilsenan.com*

I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with Local Civil Rules 83.I.04, 83.I.05, and 83.I.06 or Local Criminal Rules 57.I.04, 57.I.05, and 57.I.06 as appropriate. Local counsel of record may attend discovery proceedings.

(13)   Associated Counsel. In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case.

Please see above

(14)   Application Fee. I affirm that the application fee of three hundred and fifty dollars ($350) has been paid in accordance with Local Civil Rule 83.I.05 or Local Criminal Rule 57.I.05 or paid herewith.

(15)   Electronic Notification. By submitting this application, I consent to electronic notification.

(16)   Represented Party/Parties. I seek to represent the following party/parties: Evtor Shipping Inc.

(17)   I certify that I have read Local Civil Rule 30.04 regarding the conduct of depositions.

Signature of Applicant
J. Stephen Simms

Sworn to and subscribed before me
this 17th day of September, 2025.

A Notary Public
of the State of MARYLAND

My Commission expires: 3/17/2028

DEBRA M. HNAT
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires March 17, 2028

# Supreme Court of Maryland

### Annapolis, MD



### *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the twentieth day of December, 1985,

## *John Stephen Simms*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the twenty-seventh day of October, 2025.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this twenty-eighth day of August, 2025.

*Gregory Hilton*
Clerk of the Supreme Court of Maryland