**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY**

| | |
|---|---|
| Evtor Shipping Inc., for itself and as claimant to the M/V SILVER RAY (IMO 9493133), *in rem*, <br><br> Plaintiff, <br><br> v. <br><br> Brunswick Corp., and Correnti S.R.L., and Large Concept SARL <br><br> Defendants. | Civil Action No.: 2:25-cv-12410-RMG <br><br> **MOTION IN SUPPORT OF *PRO HAC VICE* APPLICATION** |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that Gary C. Murphy be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

    No opposing counsel has appeared so there is none to confer with prior to filing this Motion.

                                        RESPECTFULLY SUBMITTED BY:

                                        By: s/Julius H. Hines  
Julius Hines, Fed ID. 5807  
Ryan Gilsenan, Fed ID. 9837  
Edward N. Smith, Fed ID. 13429  
1535 Hobby Street, Suite 203D  
Charleston Navy Yard  
North Charleston, South Carolina 29405  
T: 843-847-8003  
*E: gilsenan@hinesandgilsenan.com*  
E:*hines@hinesandgilsenan.com*  
E: [smith@hinesandgilsenan.com](mailto:smith@hinesandgilsenan.com)

-AND-

OF COUNSEL  
J. Stephen Simms  
Gary C. Murphy  
Simms Showers LLP  
201 International Circle  
Baltimore, Maryland 21030  
jssimms@simmsshowers.com  
443-290-8704; fax 410-510-1789  
*Pro Hac Vice* Application Herewith

September 12, 2025  
Charleston, South Carolina