IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| Evtor Shipping Inc., for itself and as claimant to the M/V SILVER RAY (IMO 9493133), *in rem*, <br><br> Plaintiff, <br><br> v. <br><br> Brunswick Corp., and Correnti S.R.L., and Large Concept SARL <br><br> Defendants. | Civil Action No.: 2:25-cv-12410-RMG |

## NOTICE OF DISMISSAL WITH PREJUDICE – FED. R. CIV. P 41

PLEASE TAKE NOTICE that upon settlement of this action, Evtor Shipping Inc., for itself and as claimant to the M/V SILVER RAY (IMO 9493133), *in rem* dismisses this action **with prejudice**. No responsive pleadings have been filed.

Respectfully Submitted,

By: /s Julius H. Hines
Julius Hines, Fed. ID 5807
Ryan Gilsenan, Fed ID 9837
Edward N. Smith, Fed. ID 13429
Hines & Gilsenan, LLC
1535 Hobby Street, Suite 203D
Charleston Navy Yard
North Charleston, South Carolina 29405
T: 843-847-8003
E: gilsenan@hinesandgilsenan.com
E: *hines@hinesandgilsenan.com*
E: smith@hinesandgilsenan.com

/s/ J. Stephen Simms
J. Stephen Simms (*pro hac vice*)
Gary C. Murphy (*pro hac vice*)
Simms Showers LLP
201 International Circle, Ste. 230
Baltimore, Maryland 21030
ph:     443-290-8704
fax:    410-510-1789
jssimms@simmsshowers.com
gcmurphy@simmsshowers.com

Evtor Shipping Counsel

October 29, 2025
Charleston, South Carolina